

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00190-CV

**ONEWEST BANK, FSB**,
Appellant

v.

**THE ESTATE OF EDITH H. FRAHM**,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2012PC0915
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The parties have found a joint motion to extend the briefing schedule, explaining that they "have agreed in principle to a settlement that will obviate the need for this appeal" but need more time to seek approval from the U.S. Department of Housing and Urban Development. We GRANT the motion and ORDER appellant's brief to be filed on or before November 17, 2014. Appellee's brief will be due sixty days after appellant files its brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court